## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FARRELL-COOPER MINING COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE U.S. DEPARTMENT OF THE )<br>INTERIOR, et.al., Defendants )<br>and Cross-Defendants, and )<br>THE OKLAHOMA DEPARTMENT OF )<br>MINES, Defendant and )<br>Cross-Claimant. )<br>)<br>Defendants.) | No. CIV-11-428-FHS |

### JUDGMENT

Pursuant to this court's order of May 8, 2012, granting the Federal Defendant's Motion to Dismiss for lack of jurisdiction, the court orders judgment entered in accordance with the provisions of Rule 58, Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 14th day of May, 2012.

Frank H. Seay
United States District Judge